IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GUSTAVO MORELOS VALDOVINOS,

      Petitioner,

v.                                                                                                                 No. 1:26-cv-0338 JB/DLM

KRISTI NOEM, et al.,

      Respondents.

## ORDER

**THIS MATTER** is before the Court on Petitioner Gustavo Morelos Valdovinos' Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, filed January 30, 2026 in the United States District Court for the District of Minnesota. (Doc. 1.) On February 6, 2026, United Stated District Judge Daniel M. Traynor transferred this case to the District of New Mexico. (*See* Doc. 8.) On March 3, 2026, United States District Judge James O. Browning entered an Order of Reference referring this case to the undersigned Magistrate Judge "to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case." (*See* Doc. 12.)

To preserve the status quo in the interim, the Government is **ENJOINED** from transferring Petitioner Gustavo Morelos Valdovinos from the Cibola County Correctional Center[1] while these proceedings remain pending.

**IT IS FURTHER ORDERED** that Respondent George Dedos, Warden, Cibola County Correctional Center, shall file an answer stating his position on the Petition **no later than March**

---

[1] The record indicate that Petitioner is currently detained at the Cibola County Correctional Center. (*See* Docs. 1 ¶ 4; 6 at 2; 7 at 1.)

9, 2026. The Court notes that, pursuant to Standing Order No. 26-MC-00004-03, the Clerk of Court completed electronic service on all Respondents on February 10, 2026. (*See* Doc. 10).

    **IT IS SO ORDERED.**

                                                                 _____
                                                                  DAMIAN L. MARTINEZ
                                                                  UNITED STATES MAGISTRATE JUDGE