**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

GUSTAVO MORELOS VALDOVINOS,

      Petitioner,

vs.                                          No. CIV 26-0338 JB/DLM

KRISTI NOEM, TODD M. LYONS,
DAVID EASTERWOOD MARY DE
ANDA-YBARRA, and GEORGE DEDOS,

      Respondents.

**MEMORANDUM OPINION AND ORDER ADOPTING IN PART THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

**THIS MATTER** comes before the Court on: (i) the Petitioner Gustavo Morelos Valdovinos's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, filed January 30, 2026 (Doc. 1)("Petition"); and (ii) the Proposed Findings and Recommended Disposition, filed April 8, 2026 (Doc. 19)("PFRD"). On March 3, 2026, the Court referred this matter to the Honorable Damian Martínez, United States Magistrate Judge for the United State District Court for the District of New Mexico, to "conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case." See Order of Reference Relating to Immigration Habeas Corpus Proceedings, filed March 3, 2026 (Doc. 12).

In the PFRD, Magistrate Judge Martínez recommends granting in part the Petitioner's Petition. See PFRD at 20-21. The PFRD also notifies the parties of their ability to file objections within fourteen days and that failure to file objections waives appellate review. See PFRD at 22. The Respondents file Objections to the PFRD. See Respondents' Objections to the Proposed Findings and Recommended Disposition, filed April 22, 2026 (Doc. 20)("Objections"). Based on the Court's de novo determination of the issues Respondents raise in their Objections and after

reviewing de novo the relevant law, the Court adopts in part the PFRD.

## ANALYSIS

The Court has reviewed carefully the PFRD.  Based on the Court's de novo determination of the issues Respondents raise in their Objections, and after reviewing de novo the relevant law, the Court adopts in part the PFRD.  The Respondents' argument in their Objections relies on the premise that 8 U.S.C. § 1225 may be used in the interior of the United States.  See Objections at 1-5.  The Tenth Circuit in Santillan Quiroz v. Mullin, No. 26-6019, 2026 WL 1876709 (10th Cir. June 30, 2026), rejects this argument, holding that aliens in a similar situation as Petitioner -- detained in the interior of the United States -- are subject to § 1226 rather than § 1225.  See 2026 WL 1876709, at *8.  Accordingly, the Court adopts the PFRD insofar as it entitles Petitioner to a bond hearing, the relief the Tenth Circuit states is appropriate in Santillan Quiroz v. Mullin.  See 2026 WL 1876709, at *17 n.13.

**IT IS ORDERED** that: (i) Respondents' Objections to the Proposed Findings and Recommended Disposition, filed April 22, 2026 (Doc. 20), are overruled; (ii) the Proposed Findings and Recommended Disposition, filed April 8, 2026 (Doc. 19), are adopted in part; (iii) the Petitioner Gustavo Morelos Valdovinos's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, filed January 30, 2026 (Doc. 1), is granted in part; (iv) the Respondents shall provide Petitioner with a bond hearing before a neutral Immigration Judge within seven days of entering this order, or else release the Petitioner from custody; (v) the Court will enter a separate Final Judgment.

_____
UNITED STATES DISTRICT JUDGE

- 3 -

*Counsel:*

Anne Elizabeth Carlson
John R. Bruning
Margaret Kohler Hennessy
Hennepin County Adult Representation Services
Minneapolis, Minnesota

> *Attorneys for the Petitioner*

Daniel N. Rosen
  United States Attorney
Ana H Voss
David R. Hackworthy
  Assistant United States Attorney
United States Attorney's Office
Minneapolis, Minnesota

-- and --

Todd Blanche
  Acting United States Attorney General
Ryan Ellison
  First Assistant United States Attorney
Jean Maragret Trenbeath
  Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

> *Attorneys for the Respondents Kristi Noem, David Easterwood, Todd Lyons, and Mary*
> *De Anda-Ybarra*

Daniel P Struck
Jacob B Lee
Madison N Schimek
Struck Love Acedo, PLC
Chandler, Arizona

> *Attorneys for the Respondent George Dedos*