**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

GUSTAVO MORELOS VALDOVINOS,

Petitioner,

vs. No. CIV 26-0338 JB/DLM

KRISTI NOEM, TODD M. LYONS,
DAVID EASTERWOOD MARY DE
ANDA-YBARRA, and GEORGE DEDOS,

Respondents.

**FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order Adopting In Part the Magistrate Judge's Proposed Findings And Recommended Disposition, filed August 5, 2026 (Doc. 22)("MOO"). In the MOO, the Court orders the Respondents to provide the Petitioner with a bond hearing before a neutral Immigration Judge within seven days of entering the order, or else release the Petitioner from custody. See MOO at 2. With no more parties, claims, or issues before the Court, the Court enters, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, Final Judgment disposing of this case.

**IT IS ORDERED** that: (i) the Petitioner Gustavo Morelos Valdovinos's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, filed January 30, 2026 (Doc. 1), is granted in part; (ii) the Respondents provide Petitioner with a bond hearing before a neutral Immigration Judge within seven days of the MOO's filing, or else release the Petitioner from custody; and (iii) Final Judgment is entered.

UNITED STATES DISTRICT JUDGE

*Counsel:*

Anne Elizabeth Carlson
John R. Bruning
Margaret Kohler Hennessy
Hennepin County Adult Representation Services
Minneapolis, Minnesota

*Attorneys for Petitioner*

Daniel N. Rosen
United States Attorney
Ana H Voss
David R. Hackworthy
Assistant United States Attorney
United States Attorney's Office
Minneapolis, Minnesota

-- and --

Todd Blanche
Acting United States Attorney General
Ryan Ellison
First Assistant United States Attorney
Jean Maragret Trenbeath
Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

*Attorneys for Respondents Kristi Noem, David Easterwood, Todd Lyons, and Mary De Anda-Ybarra*

Daniel P Struck
Jacob B Lee
Madison N Schimek
Struck Love Acedo, PLC
Chandler, Arizona

*Attorneys for Respondent George Dedos*